1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
   Assistant United States Attorney

5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3717
7      Facsimile: (510) 637-3724
       E-mail: shashi.kewalramani@usdoj.gov

8
   Attorneys for Plaintiff
9

**FILED**

DEC 1 1 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

4-07-70735

13  UNITED STATES OF AMERICA,        )    No.
                                     )
14      Plaintiff,                   )    AFFIDAVIT OF ICE SA BRIAN L. GINN
                                     )    IN SUPPORT OF MATERIAL WITNESS
15      v.                           )    ARREST WARRANT FOR DAVID
                                     )    ALBERTO MARTINEZ-GONZALEZ
16  DAVID ALBERTO MARTINEZ-          )
    GONZALEZ,                        )
17                                   )
        Material Witness.            )
18  _____)

19      I, Brian L. Ginn, being duly sworn depose and say:

20      1.      I am a Special Agent with the United States Immigration and Customs

21  Enforcement (hereinafter ICE) within the United States Department of Homeland Security. I

22  have been employed in this capacity since August 2004. Currently, I am assigned to ICE's

23  Human Smuggling / Benefit Fraud Group, San Francisco Office. Prior to joining ICE, I was

24  employed as a United States Border Patrol Agent with the United States Department of

25  Homeland Security, Customs and Border Protection commencing in June 2001.

26      2.      I make this affidavit in support of a material witness warrant for DAVID

27  ALBERTO MARTINEZ-GONZALEZ. The information contained in this affidavit is known to

28  me through personal knowledge, record checks, information received from other law

1

Document No.

District Court
Criminal Case Processing

1  enforcement personnel, administrative subpoenas, physical surveillance, telephone toll records,

2  and financial records.

3  **I. BACKGROUND**

4      3.    On or about February 2, 2007, Julio LOPEZ-MORALES transported at least three

5  (3) aliens that were Guatemalan nationals, CS-1, her infant son, and CS-2, from the Phoenix,

6  Arizona area to a Walgreen's parking lot in the Fruitvale District of Oakland, California

7  knowing, or in reckless disregard of the fact, that CS-1, her infant son, and CS-2 were aliens that

8  entered the country illegally.  CS-1 was the girlfriend of MARTINEZ-GONZALEZ and the

9  infant son was MARTINEZ-GONZALEZ's son.  Once in Oakland, California, LOPEZ-

10  MORALES, in conjunction with CS-1's smuggler in Mexico, sought to obtain additional

11  smuggling money from CS-1's boyfriend and the father of her infant son, MARTINEZ-

12  GONZALEZ.  Once MARTINEZ-GONZALEZ refused to pay LOPEZ-MORALES the

13  additional money, LOPEZ-MORALES drove away from the parking lot with CS-1 and CS-2,

14  separating CS-1 from her infant son whom family members of CS-1 had managed to extricate

15  from the vehicle.  CS-1 was found and rescued in Fairfield, California by ICE, the Oakland

16  Police Department, and the Fairfield Police Department, that same day after her location was

17  determined through tracking a Sprint cellular telephone number that MARTINEZ-GONZALEZ

18  provided as belonging to the driver of the smuggling vehicle.  The driver of the smuggling

19  vehicle was later identified as LOPEZ-MORALES when latent fingerprints recovered from the

20  vehicle used to drive the smuggled individuals from Arizona to California were run through

21  databases and positively identified as belonging to LOPEZ-MORALES.  Subsequent photo

22  identifications of LOPEZ-MORALES were then made by MARTINEZ-GONZALEZ, CS-1, and

23  CS-2 from photographic line-up displays.  LOPEZ-MORALES was originally charged in the

24  Northern District of California via complaint with one count of 8 USC 1324(a)(1)(A)(ii)

25  Transportation of an Alien, Case No. 4-07-70433, on July 20, 2007.  LOPEZ-MORALES was

26  subsequently arrested by ICE Agents in Mesa, AZ on August 30, 2007.

27      4.    On December 7, 2007, LOPEZ-MORALES waived his right to be charged by

28  indictment, and the United States filed an Information charging LOPEZ-MORALES in two

1  counts: (1) Conspiracy To Illegally Transport Aliens For Commercial Advantage and Private

2  Financial Gain and Hostage Taking, in violation of 18 U.S.C. § 371; and (2) Illegally

3  Transporting Aliens For Commercial Advantage and Private Financial Gain, in violation of 8

4  U.S.C. § 1324.  The Information was assigned Case No. CR 07-00777 MJJ, and the matter was

5  set for a subsequent hearing on January 18, 2008 at 2:30 p.m. before U.S. District Judge Martin

6  J. Jenkins.  LOPEZ-MORALES pleaded not guilty to the charges in the Information.

7  ## II. PROBABLE CAUSE

8       5.     On February 13, 2007, I interviewed MARTINEZ-GONZALEZ, subsequent to the

9  rescue of his girlfriend, CS-1.  During the interview, MARTINEZ-GONZALEZ advised that in

10  or about early January 2007 he had contacted a smuggler he knew as Petronilo to arrange to have

11  CS-1 and their infant son smuggled into the United States.  MARTINEZ-GONZALEZ advised

12  that he agreed upon a price of approximately $4000.00 U.S. with Petronilo to have CS-1 and

13  their infant son smuggled into the United States.  MARTINEZ-GONZALEZ indicated that he

14  wired the entire smuggling fee to Mexico on two separate occasions prior to CS-1 arriving in

15  Oakland, CA.[1]

16       6.     MARTINEZ-GONZALEZ advised that in the Walgreen's parking lot, he spoke

17  with LOPEZ-MORALES[1], told LOPEZ-MORALES that he had already paid for everything, and

18  showed LOPEZ-MORALES the Western Union receipts.  MARTINEZ-GONZALEZ advised

19  that he spoke with Petronilo on a phone LOPEZ-MORALES handed to him.  MARTINEZ-

20  GONZALEZ advised that Petronilo told MARTINEZ-GONZALEZ that MARTINEZ-

21  GONZALEZ should give them an additional US $2,700.00 or they were going to take CS-1.

22  Petronilo told MARTINEZ-GONZALEZ to give the money in cash right there or they were going

23  to bring the girl (CS-1) back.

24

25

26      [1]During the initial interview with MARTINEZ-GONZALEZ, MARTINEZ-GONZALEZ

27  did not provide LOPEZ-MORALES' name.  LOPEZ-MORALES' name is used throughout this affidavit because it was later confirmed through records and  photographic lineup display

28  viewings that the person MARTINEZ-GONZALEZ was referring to as the driver of the smuggling vehicle was LOPEZ-MORALES.

7.    MARTINEZ-GONZALEZ advised that while MARTINEZ-GONZALEZ was arguing with LOPEZ-MORALES, CS-1 rolled down the rear window by where she was sitting in the vehicle. LOPEZ-MORALES started rolling the window back up, but CS-1's father held the window open and got MARTINEZ-GONZALEZ and CS-1's infant son out of the smuggling vehicle. MARTINEZ-GONZALEZ advised that, following this, LOPEZ-MORALES told MARTINEZ-GONZALEZ that MARTINEZ-GONZALEZ could keep the baby but CS-1 was not staying. LOPEZ-MORALES subsequently drove away from the Walgreen's parking lot with CS-1, separating CS-1 from her infant son.

8.    On July 18, 2007, MARTINEZ-GONZALEZ identified LOPEZ-MORALES from a photographic line-up display, stating that, "He looks sort of like the one who took my wife but not exactly. He had short hair. The face does look like him."[2]

9.    MARTINEZ-GONZALEZ is a Guatemalan national who last entered the United States without inspection on an unknown date following a previous deportation from the United States. MARTINEZ-GONZALEZ was previously deported from the United States to Guatemala on October 31, 2003. Following the rescue of CS-1, MARTINEZ-GONZALEZ was granted a Significant Public Benefit Parole[3] in the United States as a witness in the investigation and prosecution of LOPEZ-MORALES. On October 15, 2007, MARTINEZ-GONZALEZ was arrested by the Richmond, CA Police Department and ICE Agents for one felony count of California Penal Code § 273.5 - Inflict Corporal Injury On Spouse/Cohab, and the victim was identified as CS-1. As a result of the arrest, on October 16, 2007, the ICE Parole and Humanitarian Assistance Branch cancelled MARTINEZ-GONZALEZ's Significant Public Benefit Parole. On December 7, 2007, MARTINEZ-GONZALEZ pleaded guilty in the Superior Court of California, Contra Costa County to a misdemeanor violation of the ICE Parole and Humanitarian Assistance Branch . On December 11, 2007, MARTINEZ-GONZALEZ was

---

[2]CS-1 and CS-2 also made positive identifications of LOPEZ-MORALES from a photographic line-up display

[3] A Significant Benefit Parole allows a foreign national without legal status in the United States to be present in the United States for a purpose such as serving as a witness in a criminal investigation and prosecution.

4

1   released to the custody of ICE based on an immigration hold filed as a result of the revocation of

2   his Significant Public Benefit Parole status.

3           10.     Based on the cancellation of his Significant Public Benefit Parole, MARTINEZ-

4   GONZALEZ is eligible for a Reinstatement of his prior Order of Removal from the United

5   States, upon which he would be removed from the United States to Guatemala and be beyond the

6   subpoena power of the Court.

7

8   Executed this 11th day of December 2007, at San Francisco, California.

9

10  _____
    BRIAN L. GINN

11  Immigration and Customs Enforcement, Special Agent
    Department of Homeland Security

12

13  SUBSCRIBED and SWORN before
    me this 11 day of December, 2007, in

14  San Francisco, California.

15

16  _____
    HON. MARIA ELENA JAMES
    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28