SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
Facsimile: (510) 637-3724
E-mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

**FILED**
DEC 11 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALBERTO MARTINEZ-GONZALEZ,<br><br>Material Witness. | No. 4-07-70735 WDB<br><br>ORDER GRANTING MATERIAL WITNESS ARREST WARRANT FOR DAVID ALBERTO MARTINEZ-GONZALEZ |

A warrant for the arrest of David Alberto Martinez-Gonzalez as a material witness in the matter of <u>United States v. Julio Lopez Morales</u>, CR 07-00777 MJJ, is hereby ordered to be issued forthwith.

DATED: December 11, 2007

HON. MARIA ELENA JAMES
United States Magistrate Judge