1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney

2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
    Assistant United States Attorney

5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3717
7     Facsimile: (510) 637-3724
      E-mail: shashi.kewalramani@usdoj.gov

8
    Attorneys for Plaintiff
9

**FILED**

**DEC 1 1 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13   UNITED STATES OF AMERICA,          )   No. 4-07-70735-WDB
                                        )
14        Plaintiff,                    )   MOTION TO SEAL APPLICATION FOR
                                        )   ISSUANCE OF ~~MATERIAL WITNESS~~
15        v.                            )   ~~ARREST WARRANT~~ FOR DAVID
                                        )   ALBERTO MARTINEZ-GONZALEZ AND
16   DAVID ALBERTO MARTINEZ-            )   RELATED DOCUMENTS
     GONZALEZ,                          )
17                                      )
          Material Witness.             )
18   _____)

19        The United States hereby moves the Court for an order sealing its Application for

20   Issuance of Material Witness Arrest Warrant for David Alberto Martinez-Gonzalez, the

21   declaration of ICE SA Brian Ginn in support thereof, this Court's Order issuing the warrant, and

22   this Motion and Order.  The United States makes this request because, disclosure of this

23   application and affidavit may compromise the ability to obtain truthful testimony from from an

24   important witness.

25   DATED: December 11, 2007

26                                          Respectfully submitted,

27                                          SCOTT N. SCHOOLS
                                            United States Attorney
28
                                            H. H. (SHASHI) KEWALRAMANI
                                            Assistant United States Attorney

                                                                    Document No.
                                                                    District Court
                                                                    Criminal Case Processing

1

## SEALING ORDER

2  Based upon the motion of the government and for good cause shown, IT IS HEREBY

3  ORDERED that the government's Application for Issuance of Material Witness Arrest Warrant

4  for David Alberto Martinez-Gonzalez, this Court's Order issuing that warrant, the declaration of

5  ICE SA Brian Ginn in support thereof, and this Motion and Order shall be filed and maintained

6  under seal until further order of the Court, except that a copy of the Arrest Warrant may be

7  provided to agents of the United States Immigration and Customs Enforcement

8  DATED: December 11, 2007

9

10  HON. MARIA ELENA JAMES
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2