rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 2 | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Brenda Tolbert | **REPORTER/FTR** 9:58 - 10:00 | |
| **MAGISTRATE JUDGE** HON. MARIA-ELENA JAMES | **DATE** December 14, 2007 | **NEW CASE** ☐ | **CASE NUMBER** 3-07-70735 MAG |

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐ RET. ☐ |
|---|---|---|---|---|---|
| David Alberto Martinez-Gonzalez | 22 | Y | P | Peter Goodman | APPT. ☒ |
| **U.S. ATTORNEY** Derek Owen | **INTERPRETER** Melinda Basker-Spanish | | **FIN. AFFT SUBMITTED** ☐ | | **COUNSEL APPT'D** ☐ |
| **PROBATION OFFICER** | **PRETRIAL SERVICES OFFICER** Brad Wilson | **DEF ELIGIBLE FOR APPT'D COUNSEL** ☐ | | **PARTIAL PAYMENT OF CJA FEES** ☐ | |

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED  1 4 2007

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ INDICTMENT FILED NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| **PROPERTY TO BE POSTED** ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| TO: 12-19-07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 A.M. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WDB | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

BT, PTS, IVY-EMAILED