**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

January 30, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
3rd Floor
Oakland, CA 94612

    Re:    <u>United States v. David Martinez-Gonzalez</u>
            4 07 70735 WDB

Dear Magistrate Judge Brazil:

    I have concluded my investigation and determined that it will not be necessary to depose David Martinez-Gonzalez, who presently is subject to a material witness detainer. Mr. Lopez Morales therefore has no objection to Mr. Martinez-Gonzalez's release.

    Please let me know if the Court desires anything further.

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                        /S/

                                        JEROME E. MATTHEWS
                                        Assistant Federal Public Defender

cc:    Shashi Kewalramani