**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*          *(510) 637-3717*
*Oakland, California  94612*          *FAX:(510) 637-3724*
         *E-Mail: shashi.kewalramani@usdoj.gov*

January 31, 2008

**VIA E-FILING**
The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street, 3rd Floor
Oakland, CA 94612

    RE:    Material Witness Warrant for David Alberto Martinez Gonzalez, 4-07-70735 MEJ

Dear Judge Brazil:

After discussing the matter with A.F.P.D. Jerome Matthews, the United States does not believe that a deposition will be required of Mr. Martinez Gonzalez.  Therefore, the United States requests that Mr. Martinez Gonzalez be released from the U.S. Marshal's custody.

Sincerely,

JOSEPH P. RUSSONIELLO
United States Attorney


By:           /s/
       H. H. (SHASHI) KEWALRAMANI
       Assistant United States Attorney