```
RECEIVED
UNITED STATES MARSHAL

2008 JAN 31  AM 11: 46
N RTHERN DISTRICT OF
CALIFORNIA - OAKLAND
```

**FILED**

JAN 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

DAVID ALBERTO MARTINEZ-GONZALEZ,

    Material Witness.

                                          /

No. 4-07-70735-WDB

**ORDER FOR RELEASE FROM CUSTODY**

    The Court having received letters from Assistant Federal Public Defender Jerome Matthews, attorney for defendant Julio Lopez Morales in Case No. CR-07-00777-MJJ, on January 30, 2008, and from Assistant United States Attorney Shashi Kewalramani on January 31, 2008, both stating that it will not be necessary to depose David Alberto Martinez-Gonzalez, who is presently subject to a material witness detainer in this case, the Court hereby enters the following Orders:

    IT IS HEREBY ORDERED that the United States Marshal release from his custody Material Witness DAVID ALBERTO MARTINEZ-GONZALEZ forthwith. Upon his release from the United States Marshal's custody, David Alberto Martinez-Gonzales shall be transferred to the custody of the Bureau of Immigration and Customs Enforcement. Mr. Martinez-Gonzalez must comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement.

    IT IS FURTHER ORDERED that the Clerk of the Court is now directed to close this case.

    IT IS SO ORDERED.

Dated: 1/31/08

                                                WAYNE D. BRAZIL
                                               United States Magistrate Judge

cc: All parties via ECF, WDB's Stats, Pretrial, 4 certified copies to Marshal